IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV353

| | |
|---|---|
| CHAD BARCOMB, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CBS RADIO HOLDINGS, INC., ) | |
| ) | |
|     Defendant. ) | |

This matter is before the court upon Defendant's Motion to Dismiss (or Stay) Proceedings and to Compel Arbitration as well as Defendant's Motion to Strike Plaintiff's Surreply. A hearing was held in this matter on January 6, 2011. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Defendant's motions are hereby DENIED.

Signed: January 6, 2011

Graham C. Mullen
United States District Judge