# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Chad Barcomb,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:10-cv-353

CBS Radio Holdings, Inc.,

    Defendant.

DECISION ON THE RECORD. This action having come before the Court, and a Notice of Acceptance of Offer of Judgment having been filed on August 1, 2011;

IT IS ORDERED AND ADJUDGED that the plaintiff Chad Barcomb recover of the defendant CBS Radio Holdings, Inc. the sum of Twenty-Seven Thousand Four Hundred and 00/100 Dollars ($27,400.00) in United States Currency, in accordance with the Notice of Acceptance of Offer of Judgment.

        Signed: August 3, 2011

        Frank G. Johns, Clerk
        United States District Court